UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| CHRISTOPHER CARMEL, JR., <br><br> Plaintiff, <br><br> vs. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Civil No. C18-1457-JCC <br><br><br> ORDER |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for supplemental security income under Title XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for a *de novo* hearing pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Commissioner shall reconsider the opinion of Richard Ries, M.D. Furthermore, the Commissioner should re-evaluate the claimant's impairments, the medical evidence (including the opinions of Drs. Czysz and Severinghaus), the effect of the claimant's drug and alcohol abuse, the claimant's statements, any lay witness statements, the claimant's RFC, and the claimant's ability to perform work at steps four and five, as necessary.

DATED this 5th day of June 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE