UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| CHRISTOPHER CARMEL, JR., <br><br> Plaintiff, <br><br> vs. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Civil No. C18-1457-JCC <br><br><br> JUDGMENT |

IT IS ORDERED AND ADJUDGED that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings pursuant to this Court's ORDER of remand, issued on June 5, 2019.

JUDGMENT is entered for Plaintiff, and this case is closed.

//

//

//

//

//

Page 1   JUDGMENT - [C18-1457-JCC]

Dated this 5th day of June 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE