UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTOPHER ALLEN CARMEL, JR., <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | CASE NO. C18-1457-JCC <br><br> ORDER |

This matter comes before the Court on the parties' stipulated motion for attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d) (Dkt. No. 15). Plaintiff prevailed on an appeal of an agency action and is thus entitled to an award of attorney fees. (*See* Dkt. Nos. 13, 14.) Accordingly, the Court GRANTS the parties' stipulated motion (Dkt. No. 15). Pursuant to 28 U.S.C. § 2412(d), the Court AWARDS attorney fees in the amount of $6238.24.

Subject to any offset by the Department of Treasury, the check for attorney fees shall be made payable to Plaintiff's attorney, Tha Win. Regardless of any offset, the check shall be mailed to Tha Win at the following address: 606 Maynard Ave. South, Suite 201, Seattle, WA 98104.

//

//

//

1 DATED this 9th day of July 2019.

*John C. Coughenour*
John C. Coughenour
UNITED STATES DISTRICT JUDGE